**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**PIKEVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE:  CHARLES ESTEP**<br>**TERESA ESTEP** | **CHAPTER 13** | ☒ Check if this is an amended plan, and list below the sections of the plan that have been changed. |
| **DEBTOR(S)** | **CASE NO 19-70052** | **SECTION 2.1** |

**AMENDMENT TO CHAPTER 13 PLAN**

Comes the debtors, Charles and Teresa Estep by counsel, and make application for leave to make amendments to their chapter 13 Plan, as follows:

## Part 1: Notices

**To Debtors:** **This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district.  Plans that do not comply with local rules and judicial rulings may not be confirmable.**

*In the following notice to creditors, you must check each box that applies.*

**To Creditors:** **Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.**

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation at least 7 days before the date set for the hearing on confirmation, unless otherwise ordered by the Bankruptcy Court. The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015. In addition, you may need to file a timely proof of claim in order to be paid under any plan.

The following matters may be of particular importance. ***Debtors must check one box on each line to state whether or not the plan includes each of the following items.  If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.***

| | | | |
|---|---|---|---|
| 1.1 | **A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor** | **X Included** | ☐ **Not included** |
| 1.2 | **Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4** | **X Included** | ☐ **Not included** |
| 1.3 | **Nonstandard provisions, set out in Part 8** | **X included** | ☐ **Not included** |

**Part 2:** **Plan Payments and Length of Plan**

**2.1 Debtor(s) will make regular payments to the trustee as follows:**

**0.00 each month for 1 month;**

**1,863.00 each month for 59 months.**

If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

**Part 9:** **Signature(s):**

**9.1 Signatures of Debtor(s) and Debtor(s)' Attorney**

*The Debtor(s) and attorney for the Debtor(s), if any, must sign below.*

✘ */s/ Charles Estep.*  ✘ */s/ Teresa Estep*
Signature of Debtor 1  Signature of Debtor 2

Executed on  2/28/19  Executed on

✘ */s/ Franklen K. Belhasen II*  Date  2/28/19
Signature of Attorney for Debtor(s)

**By filing this document, the Debtor(s), if not represented by an attorney, or the Attorney for Debtor(s) also certify(ies) that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form 3015-1(a), other than any nonstandard provisions included in Part 8.**

CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the Debtors Amendment to Chapter 13 Plan has been electronically mailed to Hon. Beverly Burden, Chapter 13 Trustee and mailed to all creditors on this the 28th day of February 2019.

                                                    */s/ Franklen K. Belhasen II*
                                                    Franklen K. Belhasen II
                                                    Attorney at Law
                                                    BELHASEN LAW OFFICES
                                                    814 S. Mayo trail
                                                    Paintsville, KY 41240
                                                    606-789-9925