**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**PIKEVILLE DIVISION**

IN RE:     **CHARLES ESTEP**                    **CHAPTER 13**
           **TERESA ESTEP**

           **DEBTOR(S)**                        **CASE NO. 19-70052**

**AMENDMENT**
****************************

Come the Debtor(s), by Counsel, and makes application for leave to amend schedules and states that, through inadvertence or error, they failed to list in their schedules the following:

**SCHEDULE B - PERSONAL PROPERTY**

| Type of Property | Description/Location of Property | Current Market Value of Property |
|---|---|---|
| Other contingent, unliquidated claim | Personal Injury Claim | unknown |

**SCHEDULE C - PROPERTY CLAIMED AS EXEMPT**

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| Personal Injury Claim | 11 USC § 522(d)(5) | $ 25,150.00 | unknown |

>*/s/ Franklen K. Belhasen II*
>Franklen K. Belhasen II
>Attorney at Law
>BELHASEN LAW OFFICES
>814 S. Mayo Trail
>Paintsville, Kentucky 41240
>(606) 789-9925

I/We, the Debtor(s) Charles & Teresa Estep certify under penalty of perjury that the foregoing is true and correct as I/we verily believe.

>*/s/ Charles Estep*
>
>*/s/ Teresa Estep*

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing has been mailed to Hon. Beverly M. Burden, Chapter 13 Trustee, and all creditors on this the 18th day of April, 2019.

>*/s/ Franklen K. Belhasen II*
>Franklen K. Belhasen II