UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

IN RE:   CHARLES ESTEP             CHAPTER 13
         TERESA ESTEP

         DEBTOR(S)                 CASE NO. 19-70052

### ORDER MODIFYING CHAPTER 13 PLAN

Come the debtors, Charles and Teresa Estep, having moved the Court for an Order modifying their Chapter 13 Plan payment and the Court having considered said Motion, and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Motion is SUSTAINED, and

Debtor's Chapter 13 Plan is modified as follows:

**Part 2:  Plan Payments and Length of Plan**

2.1  Debtor(s) will make regular payments to the trustee as follows:

**34,571.64  through October 2020;**

**1,279.29 each month for 39 months.**

Franklen K. Belhasen II
Hon. Beverly Burden
and all creditors

Pursuant to Local Rule 9022-1(c), **Franklen K. Belhasen II** shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(a) and shall file with the court a certificate of service of the order upon such parties within (10) days hereof.

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Friday, December 11, 2020
(grs)